Western New York and Pennsylvania Traction Company, Appellant, v. The Erie Railroad Company and Buffalo, Bradford and Pittsburgh Railroad Company, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

Bernard J. Carr, Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, Merrell, J., taking no part, and McLennan, P. J., having

been present at the argument of said appeal, but having died on the 8th day of May, 1913, without having taken any part in the determination of said appeal.